In the Matter of the Examination of NASH ROCKWOOD, Judgment Debtor, Respondent, in Proceedings Supplementary to Execution upon the Application of ALVAH MILLER and Others, Judgment Creditors, Appellants.— Order reversed, on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the affidavits presented to the Special Term did not justify the finding that at the time the motion was made the judgment debtor did not have an office for the transaction of business in the city of Saratoga Springs. It is ordered that the judgment debtor, Nash Rockwood, attend and be examined before John W. Nichols, as referee, at his office No. 404 Broadway, in the city of Saratoga Springs, N. Y., on the 14th day of April, 1928, at ten o'clock in the forenoon, pursuant to the terms of the order dated February 11, 1925. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWIN BAILEY, Appellant.— Order of filiation unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

WILLIAM D. HAVENS, Appellant, v. CATHERINE WEIR and Another, Respondents.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

FRED C. LEBRANTZ, Respondent, v. ERR BAILEY, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

CHARLES W. YELLOTT, JR., Appellant, v. WILLIAM LESS and Others, Respondents.— Judgment and order reversed on the law and facts and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict in favor of this plaintiff was inadequate and inconsistent with the evidence, and indicates that the elements of damage were not deliberately considered and determined by the jury. (*Sheehan* v. *Coffey*, 201 App. Div. 87; *Nocero* v. *Denitto*, 212 id. 363.) Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

WILLIAM PERREN, Respondent, v. SCHENECTADY RAILWAY COMPANY, Appellant.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

OFFICIAL PURCHASE CORPORATION, Appellant, v. CHARLES E. PRITCHARD, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOHN G. CROMMELIN and Others, Respondents, v. MAC FINN, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ. [129 Misc. 252.]

MABEL LOCKERBY, Appellant, v. THE VILLAGE OF WAVERLY, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.